# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LORA JEAN WILLIAMS; GREGORY J. SMITH; CVP MANAGEMENT, INC. D/B/A OR T/A CITY VIEW PIZZA; JOHN'S ROAST PORK, INC. F/K/A JOHN'S ROAST PORK; METRO BEVERAGE OF PHILADELPHIA, INC. D/B/A OR T/A METRO BEVERAGE; DAY'S BEVERAGES, INC. D/B/A OR T/A DAY'S BEVERAGES; AMERICAN BEVERAGE ASSOCIATION; PENNSYLVANIA BEVERAGE ASSOCIATION; PHILADELPHIA BEVERAGE ASSOCIATION; AND PENNSYLVANIA FOOD MERCHANTS ASSOCIATION, | : : : : : : : : : : : : : : : | No. 321 EAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : | |
| v. | : : : : | |
| CITY OF PHILADELPHIA AND FRANK BRESLIN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PHILADELPHIA DEPARTMENT OF REVENUE, | : : : : : : : | |
| Respondents | : | |
| LORA JEAN WILLIAMS; GREGORY J. SMITH; CVP MANAGEMENT, INC. D/B/A OR T/A CITY VIEW PIZZA; JOHN'S ROAST PORK, INC. F/K/A JOHN'S ROAST PORK; METRO BEVERAGE OF PHILADELPHIA, INC. D/B/A OR T/A METRO BEVERAGE; DAY'S BEVERAGES, INC. D/B/A OR T/A DAY'S BEVERAGES; AMERICAN BEVERAGE ASSOCIATION; PENNSYLVANIA BEVERAGE ASSOCIATION; PHILADELPHIA BEVERAGE ASSOCIATION; AND PENNSYLVANIA | : : : : : : : : : : : : : : | No. 322 EAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

FOOD MERCHANTS ASSOCIATION,     :
                               :
               Petitioners     :
                               :
                               :
               v.               :
                               :
                               :
CITY OF PHILADELPHIA AND FRANK    :
BRESLIN,IN HIS OFFICIAL CAPACITY    :
AS COMMISSIONER OF THE           :
PHILADELPHIA DEPARTMENT OF      :
REVENUE,                        :
                               :
              Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issue, as stated by Petitioner, is:

> Does the City's Tax violate the Sterling Act, 53 P.S. § 15971, which prohibits Philadelphia from imposing a tax on a transaction or subject that the Commonwealth already taxes?

    Justice Dougherty did not participate in the consideration or decision of this matter.